IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRENN JOHNSON, | ) |
| Plaintiff, | ) Case No. 1:12-cv-00141 |
| v. | ) Honorable Ruben Castillo |
| ORKIN, LLC; ORKIN PEST CONTROL; ORKIN EXTERMINATING, INC., | ) Magistrate Judge Nan R. Nolan |
| Defendants. | ) |

**MOTION TO DISMISS OR IN THE ALTERNATIVE, COMPEL ARBITRATION**

Defendants Orkin, LLC ("Orkin"), Orkin Pest Control ("OPC"), and Orkin Exterminating, Inc. ("OEI") (collectively, "Defendants"), by their undersigned attorneys, pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure, respectfully request that this Court dismiss Plaintiff Irenn Johnson's ("Plaintiff") Complaint or in the alternative, compel arbitration. In support of this Motion, Defendants state as follows:

1. On January 9, 2012, Plaintiff filed a Complaint pursuant to Title VII of the Civil Rights Act of 1964 and the Illinois Human Rights Act, alleging Defendants discriminated against Plaintiff before and during his employment based on his race, arrest record, and in retaliation for engaging in protected activity.

2. Defendants OPC and OEI should be completely dismissed from this lawsuit, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("Rule 12(b)(6)"), because of the three Defendants, Defendant Orkin is the only legal entity in existence and actually named in Plaintiff's underlying charge of discrimination ("Charge") with the Equal Employment Opportunity Commission and Illinois Department of Human Rights.

3. The Complaint should also be dismissed, in part, with prejudice, pursuant to Rule 12(b)(6), because Plaintiff did not exhaust his administrative remedies for his arrest record

discrimination claim, which was not included in his underlying Charge.

4. In addition, the Complaint should be dismissed *in its entirety*, with prejudice, pursuant to Rule 12(b)(6) and the doctrine of laches, as Plaintiff unreasonably and without excuse, waited nearly six years after filing his Charge to file the Complaint, which has materially prejudiced Orkin's defenses in this case.

5. In the alternative, the Complaint should be dismissed *in its entirety*, with prejudice, pursuant to Rule 12(b)(1), because the Complaint is subject to mandatory arbitration in accordance with Plaintiff's enforceable arbitration agreements executed with Orkin, as well as with Orkin's related Dispute Resolution Policy.

6. The facts, arguments, and legal authority in support of this Motion are contained in Defendants' Memorandum of Law in Support and exhibits thereto, all of which have been contemporaneously filed and are hereby incorporated by reference.

**WHEREFORE**, for the reasons set forth above, Defendants Orkin, LLC, Orkin Pest Control, and Orkin Exterminating, Inc. respectfully request that this Court: (1) grant Defendants' Motion; (2) dismiss Defendants Orkin Pest Control and Orkin Exterminating, with prejudice; (3) dismiss Plaintiff's arrest discrimination claim, with prejudice; (4) dismiss the Complaint in its entirety, with prejudice, based on the doctrine of laches; (5) in the alternative, dismiss the Complaint in its entirety, with prejudice, and compel Plaintiff to arbitrate any remaining portions of his Complaint, if he chooses to seek relief; and (6) Order such other relief as this Court deems just and proper.

[Signature page follows.]

| | |
|---|---|
| DATED: October 22, 2012. | Respectfully submitted, |
| | DEFENDANTS ORKIN, LLC; ORKIN PEST CONTROL; ORKIN EXTERMINATING, INC. |
| Jon M. Gumbel (*appearing pro hac vice*)<br>GA Bar No. 315195<br>**OGLETREE, DEAKINS, NASH,<br>  SMOAK & STEWART, P.C.**<br>191 Peachtree Street, Suite 4800<br>Atlanta, Georgia 30303<br>Office (404) 881-1300<br>jon.gumbel@ogletreedeakins.com | By:  /s/ Daniel O. Canales<br>   One of Their Attorneys |
| Daniel O. Canales (ARDC No. 6296027)<br>**OGLETREE, DEAKINS, NASH,<br>  SMOAK & STEWART, P.C.**<br>155 N. Wacker Dr., Suite 4300<br>Chicago, Illinois 60606<br>Office (312) 558-1422<br>daniel.canales@ogletreedeakins.com | |
| ***Attorneys for Defendants*** | |

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on October 22, 2012, the foregoing *Motion to Dismiss or in the Alternative, Compel Arbitration* was filed electronically with the Clerk of Court using the ECF system, which will automatically send e-mail notification of such filing to the following party:

Mr. Irenn Johnson, *Pro Se*
7017 60th Avenue #101
Kenosha, WI 53142
irenn.johnson@gmail.com

    /s/ Daniel O. Canales
One of Defendants' Attorneys

13411244.1 (OGLETREE)